**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KAHLIMAH JONES, Individually and as the
representative of a class of similarly situated persons,

                Case No.   1:20-cv-6102-ENV-RML

      Plaintiff,

   - against -

CREW INTERNATIONAL LLC d/b/a Cali White,

      Defendants.
-----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

      Kahlimah Jones, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Crew International LLC. No Answer has been filed in this case.

Dated: Scarsdale, New York
       December 31, 2020

                                  SHAKED LAW GOUP, P.C.
                                  Attorneys for Plaintiff

                                By: */s/Dan Shaked*
                                  Dan Shaked (DS-3331)
                                  14 Harwood Court, Suite 415
                                  Scarsdale, NY 10583
                                  Tel. (917) 373-9128
                                  Fax (718) 704-7555
                                  e-mail: ShakedLawGroup@Gmail.com

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 1/4/2021

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge